[No. 31335-2-III.   Division Three.   August 19, 2014.]

*In the Matter of the Parentage of* X.T.L.

THE STATE OF WASHINGTON, *Petitioner*, v. ERIC LAMPKIN, *Appellant*, PAULINA CORONADO, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 97-3-00309-6, Donald W. Schacht, J., entered November 16, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo, J., and Price, J. Pro Tem.

[No. 31722-6-III.   Division Three.   August 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LUCAS J. MERRILL, *Defendant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-04190-4, Maryann C. Moreno, J., entered May 10, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Brown, A.C.J., and Fearing, J. Now published at 183 Wn. App. 749.

[No. 70015-4-I.   Division One.   August 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS MONROE TRENARY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00624-0, Ellen J. Fair, J., entered February 27, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Lau, JJ.